HAROLD B. RAMSEY JR.
Attorney at Law 305
Broadway, Suite 14th Fl.
New York, New York 10007
(212) 574-7977 Fax (888) 683-3331

April 26, 2021

<u>Via: ECF</u>
The Honorable J. Paul Oetken
United States. District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Louis Williams*
20 Cr. 563(JPO)

Dear Judge Oetken:

I represent Louis Williams as he has retained my Office. I respectfully request a temporary modification of the terms of Mr. Williams' supervised release to permit travel from New York City to Puerto Rico from May 6 to May 10. The purpose of the trip is commemorate the life of Mr. Williams' mother, who recently passed away and had desired to visit Puerto Rico.

Under the terms of his bond Mr. Williams' travel is currently restricted to the Western and Southern District of New York and the District of New Jersey. Pretrial services officer Ms. Lea Harman approves of this request, the Government AUSA, Ashley Nicolas, defers to Pretrial Services position.

Granted.
So ordered.
 April 28, 2021

Respectfully submitted,

Harold B. Ramsey Jr., Esq.
Counsel to Louis Williams

J. PAUL OETKEN
United States District Judge