```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   20 CR 00563-17 (JPO)
       -against-                        :
                                        :   ORDER
                                        :
LOUIS WILLIAMS                          :
                                        :
           Defendant                    :
                                        :
----------------------------------------X
```

J. PAUL OETKEN, United States District Judge:

ORDERED that the defendant's bail be modified to require that the defendant participate in mental health treatment as directed.

Dated: New York, New York
       April 13, 2022

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge